**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Curtis Ray Smith, Jr., | No. CV-18-08058-PCT-JAT |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

Pending before the Court is the Report and Recommendation (R&R) from the Magistrate Judge (Doc. 21) recommending that the Petition in this case be denied and dismissed with prejudice. No objections to the R&R have been filed and the time to object has expired. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Based on the foregoing,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 21) is **ACCEPTED**; thus,

- Petitioner's Petition for Writ of Habeas Corpus is denied and dismissed with

prejudice,

- in the event Petitioner files an appeal, issuance of a certificate of appealability is denied (*see* Doc. 21 at 25-26), and
- the Clerk of the Court shall enter judgment of dismissal with prejudice.

Dated this 28th day of May, 2019.

James A. Teilborg
Senior United States District Judge